**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ISMAEL SALAM, individually and on behalf of all others similarly situated, | ) ) ) | Case No. 1:14-cv-6083 |
| Plaintiff, | ) ) | Honorable Gary Feinerman |
| v. | ) ) | Magistrate Judge Michael T. Mason |
| GLOBAL CITY GROUP, LLC, | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE THAT** on **August 21, 2014** at **9:00 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Gary Feinerman, or whomever may be designated to sit in his stead, in Room 2125 of the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present ***Plaintiff's Motion for Class Certification,*** a copy of which is attached and served upon you.

Dated: August 12, 2014          Respectfully submitted,

By:     */s/ Katrina Carroll*
One of the Attorneys for Plaintiffs
and the Putative Class

Katrina Carroll
*kcarroll@litedepalma.com*
Kyle A. Shamberg
*kshamberg@litedepalma.com*
**LITE DEPALMA GREENBERG, LLC**
Chicago Office
211 West Wacker Drive
Suite 500
Chicago, IL 60606
312.750.1265

413826.1

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney, hereby certifies that on the 12th day of August, 2014, she caused a true and correct copy of Plaintiff's Motion for Class Certification and the foregoing Notice of Motion to be filed electronically with the Clerk of the Court to be filed and served on all parties via the Court's CM/ECF system.

By: */s/ Katrina Carroll*
    Katrina Carroll

413826.1