**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ISMAEL SALAM, individually and on behalf of all others similarly situated, | ) ) ) | Case No. 1:14-cv-6083 |
| Plaintiff, | ) ) | Honorable Gary Feinerman |
| v. | ) ) | Magistrate Judge Michael T. Mason |
| GLOBAL CITY GROUP, LLC, | ) ) | |
| Defendant. | ) ) | |

**INITIAL STATUS REPORT**

Pursuant to Federal Rule of Civil Procedure 26(f) and this Court's Case Management Procedures, Plaintiff Ismael Salam ("Plaintiff") submits this Initial Status Report in advance of the initial status hearing scheduled for October 8, 2014 at 9:00 a.m.

Plaintiff commenced this action by filing a Class Action Complaint on August 7, 2014 against Defendant Global City Group, LLC ("GCG"). *See* ECF Doc. 1. GCG is a consumer finance and loan company based out of Sarasota, Florida that conducts its business operations, in part, through the website "moneynow321.com," offering consumers payday loans with instant approval and no credit checks. Plaintiff alleges that, in an effort to market its products and services, GCG sent (or directed to be sent on its behalf) unsolicited text messages to the wireless telephones of Plaintiff and each of the members of the Class without prior express written consent in violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq*. ("TCPA"). In order to redress these injuries, Plaintiff seeks an injunction requiring GCG to cease all unsolicited text message activities and an award of statutory damages to the Class members under the TCPA, together with costs and reasonable attorneys' fees.

GCG was served with the Complaint on August 14, 2014, and therefore its responsive pleading was due on September 4, 2014. *See* ECF Doc. 11; *see also* Fed. R. Civ. P. 12(a). To date, Defendant has neither filed a responsive pleading nor entered an appearance in this matter.

Plaintiff's counsel has communicated with a representative of GCG, Craig Rubio, and advised him to retain counsel to represent GCG in this matter. On September 23, 2014, Mr. Rubio informed Plaintiff's counsel that he would do so. Because Mr. Rubio is not an attorney and has not entered a *pro se* appearance on GCG's behalf, he and Plaintiff's counsel have not engaged in any substantive legal discussions regarding the case and, consequently, the parties have not yet had the opportunity to meet and confer regarding a joint status report or to outline a proposed discovery plan.

Given these circumstances, and in reliance on Mr. Rubio's representation that GCG will

1

retain counsel in the near future, Plaintiff respectfully requests that the initial status hearing be continued to a date sufficient to allow defense counsel to enter an appearance and meet and confer with Plaintiff's counsel in order to submit a joint status report in full compliance with the Court's specifications.

I look forward to discussing these and any other issues with the Court at the status hearing on October 8, 2014.

Dated:  October 1, 2014                    Respectfully submitted,

                                           */s/ Kyle A. Shamberg*
                                           Kyle A. Shamberg
                                           *kshamberg@litedepalma.com*
                                           Katrina Carroll
                                           *kcarroll@litedepalma.com*
                                           **LITE DEPALMA GREENBERG, LLC**
                                           Chicago Office
                                           211 West Wacker Drive
                                           Suite 500
                                           Chicago, IL 60606
                                           312.750.1265

                                           ***Counsel for Plaintiff and the Putative Class***