# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Ismael Salam

                         Plaintiff,

v.                                                           Case No.: 1:14–cv–06083
                                                                        Honorable Gary Feinerman

Global City Group, LLC

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 20, 2014:

      MINUTE entry before the Honorable Gary Feinerman:Status hearing held and continued to 12/10/2014 at 9:00 a.m. Plaintiff reported that he may soon file a Rule 55(b) motion.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.