IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ISMAEL SALAM, individually and on behalf of all others similarly situated, | )<br>)<br>) Case No. 1:14-cv-6083 |
| Plaintiff, | )<br>) Honorable Gary Feinerman |
| v. | )<br>) Magistrate Judge Michael T. Mason |
| GLOBAL CITY GROUP, LLC, | )<br>) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that Plaintiff Ismael Salam ("Plaintiff") hereby voluntarily dismisses with prejudice the above-entitled action against Defendant Global City Group, LLC. No responsive pleading has been filed in this action, nor has any class been certified. Plaintiff gives this notice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: December 10, 2014

Respectfully submitted,

*/s/ Kyle A. Shamberg*
Kyle A. Shamberg
*kshamberg@litedepalma.com*
Katrina Carroll
*kcarroll@litedepalma.com*
**LITE DEPALMA GREENBERG, LLC**
Chicago Office
211 West Wacker Drive
Suite 500
Chicago, IL 60606
312.750.1265

*Counsel for Plaintiff Ismael Salam*

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on the 10th day of December, 2014, he caused a true and correct copy of Plaintiff's *Notice of Voluntary Dismissal* to be filed electronically with the Clerk of the Court to be filed and served on all parties via the Court's CM/ECF system.

By: */s/ Kyle A. Shamberg*
Kyle A. Shamberg